FILED

2015 SEP 30  PM 3:43

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2015 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. CR- 15 00542 |
| Plaintiff, | I N D I C T M E N T |
| v. | [26 U.S.C. § 7201: Tax Evasion] |
| CHRISTINA M. FUTAK, aka "Christy Futak," | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[26 U.S.C. § 7201]

A.   INTRODUCTORY ALLEGATIONS

At all relevant times:

1.   Defendant CHRISTINA M. FUTAK, also known as "Christy Futak" ("defendant FUTAK"), was a resident of Orange, in Orange County, California.

2.   Axium International, Inc. was a Delaware corporation, and, together with its subsidiaries (collectively, "Axium"), maintained offices in Burbank and Los Angeles, California, and elsewhere.

3.   Defendant FUTAK exercised ownership and control over Bank

of America accounts number xxxxxx5898 in the name of Christy M. Futak, DBA Futak Accounting (the "5898 Account"), and xxxxxx6064 in the name of CFO, Inc. (the "CFO Account").

4. Defendant FUTAK exercised ownership and control over Washington Mutual Bank account number xxxxxx4760, in the name of Christy M Futak (the "4760 Account").

5. Defendant FUTAK and Axium had entered into an agreement pursuant to which Axium agreed to pay, and did pay, defendant FUTAK for payroll tax preparation and other services defendant FUTAK agreed to perform for Axium.

6. At defendant FUTAK's request, Axium agreed to pay, and did pay, the compensation for defendant FUTAK's services by issuing checks to CFO, Inc.

7. Beginning on or about October 25, 2004, and continuing through at least July 24, 2007, defendant FUTAK deposited, or caused to be deposited, substantially all of the checks she received from Axium into the CFO Account.

B. EVASION OF INCOME TAX

Beginning at least as early as August 30, 2004 and continuing through at least May 11, 2012, within the Central District of California and elsewhere, defendant FUTAK willfully attempted to evade and defeat a substantial part of the federal income tax due and owing by her to the United States of America for the calendar year

//
//
//
//
//

2005, in the approximate amount of at least $49,218, by committing, on or about the following dates, the following affirmative acts:

| DATE | AFFIRMATIVE ACT OF EVASION |
|---|---|
| 8/30/2004 | Defendant FUTAK wrote a check in the approximate amount of $200, on the 5898 Account, to AAA Corporate Services, Inc., the registered agent in Wyoming for CFO, Inc. |
| 10/14/2004 | Defendant FUTAK wrote a check, in the approximate amount of $49, on the 4760 account, to R.G. for the purpose of obtaining a corporate seal for CFO, Inc. |
| 3/31/2005 | Defendant FUTAK caused Axium to issue a check on Chase Bank account number xxxxxx1395, held in the name of Axium Hollywood ("the AH account"), payable to CFO, Inc., in the approximate amount of $4,423, as compensation for services defendant FUTAK agreed to perform for Axium (the "3/31/05 check"). |
| 4/05/2005 | Defendant FUTAK caused the 3/31/05 check to be deposited into the CFO Account. |
| 7/07/2005 | Defendant FUTAK caused Axium to issue a check on the AH account, payable to CFO, Inc., in the approximate amount of $4,423, as compensation for services defendant FUTAK agreed to perform for Axium (the "7/7/05 check"). |
| 7/20/2005 | Defendant FUTAK caused the 7/7/05 check to be deposited into the CFO Account. |
| 7/14/2005 | Defendant FUTAK caused Axium to issue a check on the AH account, payable to CFO, Inc., in the approximate amount of $4,423, as compensation for services defendant FUTAK agreed to perform for Axium (the "7/14/2005 check"). |
| 7/20/2005 | Defendant FUTAK caused the 7/14/2005 check to be deposited into the CFO Account. |

| | |
|---|---|
| 7/28/2005 | Defendant FUTAK caused Axium to issue a check on the AH account, payable to CFO, Inc., in the approximate amount of $4,423, as compensation for services defendant FUTAK agreed to perform for Axium (the "7/28/05 check"). |
| 8/1/2005 | Defendant FUTAK caused the 7/28/05 check to be deposited into the CFO Account. |
| 6/13/2007 | Defendant FUTAK caused to be filed a United States federal income tax return, IRS Form 1040, for the calendar year 2005, which tax return represented that defendant FUTAK's total income for the 2005 calendar year was approximately $31,537, when, in fact, her income was substantially greater. |
| 5/11/2012 | Defendant FUTAK made the false and materially misleading statement to IRS Criminal Investigation special agents, that CFO, Inc. was a company that belonged to and had been set up by another individual, C.A., when, in fact, it belonged to, was controlled by, and had been set up by defendant FUTAK. |

//
//
//
//
//
//
//
//
//
//
//
//

## COUNT TWO

[26 U.S.C. § 7201]

The Grand Jury repeats and re-alleges, as if fully set forth in this Count, the Introductory Allegations of Count One of this Indictment.

Beginning at least as early as on or about January 5, 2006, and continuing through at least May 11, 2012, within the Central District of California and elsewhere, defendant FUTAK willfully attempted to evade and defeat a substantial part of the federal income tax due and owing by her to the United States of America for the calendar year 2006, in the approximate amount of at least $59,487, by committing, on or about the following dates, the following affirmative acts:

| DATE | AFFIRMATIVE ACT OF EVASION |
| --- | --- |
| 1/5/2006 | Defendant FUTAK caused Axium to issue a check on the AH account, in the approximate amount of $4,807 (the "1/5/2006 check"), as compensation for services defendant FUTAK agreed to perform for Axium. |
| 1/12/2006 | Defendant FUTAK caused Axium to issue a check on the AH account, in the approximate amount of $4,807 (the "1/12/2006 check"), as compensation for services defendant FUTAK agreed to perform for Axium. |
| 1/17/2006 | Defendant FUTAK caused the 1/5/2006 check to be deposited into the CFO Account. |
| 1/17/2006 | Defendant FUTAK caused the 1/12/2006 check to be deposited into the CFO Account |
| 1/19/2006 | Defendant FUTAK caused Axium to issue a check on the AH account, in the approximate amount of $4,807 (the "1/19/2006 check"), as compensation for services defendant FUTAK agreed to perform for Axium. |

| Date | Description |
|---|---|
| 1/30/2006 | Defendant FUTAK caused the 1/19/2006 check to be deposited into the CFO Account. |
| 2/9/2006 | Defendant FUTAK caused Axium to issue a check on the AH account, in the approximate amount of $4,807 (the "2/9/2006 check"), as compensation for services defendant FUTAK agreed to perform for Axium. |
| 2/15/2006 | Defendant FUTAK caused the 2/9/06 check to be deposited into the CFO Account. |
| 3/16/2006 | Defendant FUTAK caused Axium to issue a check on the AH account, in the approximate amount of $4,807 (the "3/16/2006 check"), as compensation for services defendant FUTAK agreed to perform for Axium. |
| 3/20/2006 | Defendant FUTAK caused the 3/16/2006 check to be deposited into the CFO Account. |
| 6/11/2008 | Defendant FUTAK caused to be filed a United States federal income tax return, IRS Form 1040 for the calendar year 2006 ("2006 tax return"), which tax return represented that defendant FUTAK's total income for the 2006 calendar year was $52,690 and that the 2006 tax return had been prepared by a tax preparer using a social security number ending in 7114 and a post office box of 15755, when, in fact, her income was substantially greater and the 2006 tax return had not been prepared by a tax preparer with a social security number ending in 7114. |
| 5/11/2012 | Defendant FUTAK made the false and materially misleading statement to IRS Criminal Investigation special agents, that CFO, Inc. was a company that belonged to and had been set up by another individual, C.A., when, in fact, it belonged to, was controlled by, and had been set up by defendant FUTAK. |
| 5/11/2012 | Defendant FUTAK falsely represented, to IRS Criminal Investigation special agents, that her 2006 tax return had been prepared by C.A., when, in fact, it had not. |

## COUNT THREE

[26 U.S.C. § 7201]

The Grand Jury repeats and re-alleges, as if fully set forth in this Count, the Introductory Allegations of Count One of this Indictment.

Beginning at least as early as on or about January 11, 2007, and continuing through at least May 11, 2012, within the Central District of California and elsewhere, defendant FUTAK willfully attempted to evade and defeat a substantial part of the federal income tax due and owing by her to the United States of America for the calendar year 2007 in the approximate amount of at least $41,194, by committing, on or about the following dates, the following affirmative acts:

| DATE | AFFIRMATIVE ACT OF EVASION |
|---|---|
| 1/11/2007 | Defendant FUTAK caused Axium to issue a check on Bank of America Account number xxxxxx0946, in the name of Pax Film Services Inc. (the "PFSI Account"), payable to CFO, Inc. as compensation for services defendant FUTAK agreed to perform for Axium, in the approximate amount of $5,288 (the "1/11/07 check"). |
| 1/16/2007 | Defendant FUTAK caused the 1/11/2007 check to be deposited into the CFO Account |
| 1/18/2007 | Defendant FUTAK caused Axium to issue a check on the PFSI Account, in the approximate amount of $5,288 (the "1/18/2006 check"), as compensation for services defendant FUTAK agreed to perform for Axium. |
| 1/29/2007 | Defendant FUTAK caused the 1/18/2007 check to be deposited into the CFO Account |
| 2/15/2007 | Defendant FUTAK caused Axium to issue a check on the PFSI Account, in the approximate amount of $5,288 (the "2/15/2007 check"), as compensation for services defendant FUTAK agreed to perform for Axium. |

| | | |
|---|---|---|
| 1 | 3/2/2007 | Defendant FUTAK caused the 2/15/2007 check to be deposited into the CFO Account |
| 2 | 3/8/2007 | Defendant FUTAK caused Axium to issue a check on the PFSI Account, in the approximate amount of $5,288 (the "3/8/2007 check"), as compensation for services defendant FUTAK agreed to perform for Axium. |
| 3 | 3/19/2007 | Defendant FUTAK caused the 3/8/2007 check to be deposited into the CFO Account. |
| 4 | 10/20/2008 | Defendant FUTAK caused to be filed a United States federal income tax return, IRS Form 1040 for the calendar year 2007, which tax return represented that defendant FUTAK's total income for the 2007 calendar year was approximately $23,072, when, in fact, defendant FUTAK's income for the 2007 calendar year was substantially greater. |
| 5 | 11/16/2009 | Defendant FUTAK made the false and materially misleading statement, during a telephone conversation with an IRS Tax Compliance Officer (the "TCO") assigned to conduct an audit of defendant FUTAK's 2007 tax return, that defendant FUTAK used a credit line to cover her personal and business expenses in 2007, when, in fact, defendant FUTAK primarily used funds in the CFO Account to cover her personal and business expenses in 2007. |
| 6 | 1/20/2010 | Defendant FUTAK made the false and materially misleading statement, to the TCO during an in-person meeting, that defendant FUTAK was able to meet her expenses in 2007 by using a $45,000 loan, when, in fact, defendant FUTAK primarily used funds in the CFO Account to cover her personal and business expenses in 2007. |
| 7 | 1/20/2010 | Defendant FUTAK made the false and materially misleading statement, to the TCO during an in-person meeting, that defendant FUTAK had reported all of her income on her 2007 tax return. |

//
//
//

| | | |
|---|---|---|
| 1 | 5/11/2012 | Defendant FUTAK made the false and materially misleading statement to IRS Criminal Investigation special agents, that CFO, Inc. was a company that belonged to and had been set up by another individual, C.A., when, in fact, it belonged to, was controlled by, and had been set up by defendant FUTAK. |

A TRUE BILL

/S/
_____
Foreperson


EILEEN M. DECKER
United States Attorney

Scott Garringer
Deputy Chief, Criminal Division For:
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

GEORGE S. CARDONA
Assistant United States Attorney
Chief, Major Frauds Section

RANEE A. KATZENSTEIN
Assistant United States Attorney
Deputy Chief, Major Frauds Section

ANGELA J. DAVIS
Assistant United States Attorney
Major Frauds Section